■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER BROWN, Appellant. [831 NYS2d 713]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered December 16, 2004,. convicting defendant, after a jury trial, of criminal sexual act in the second degree and sexual abuse in the third degree, and sentencing him to an aggregate term of 2⅓ to 7 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). The victim's testimony was corroborated by that of multiple eyewitnesses, along with medical evidence. Concur—Andrias, J.P., Marlow, Sullivan, Gonzalez and Kavanagh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS POWELL, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, Bronx County (Peter Benitez, J.), rendered on or about September 19, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Marlow, Sullivan, Gonzalez and Kavanagh, JJ.